JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JON HUMES,

                Plaintiff,

       v.

BRIAN HASKELL,

                Defendant.

Case No. EDCV 18-0379-SJO (JEM)

**J U D G M E N T**

     In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: March 18, 2019

                                  S. JAMES OTERO
                          UNITED STATES DISTRICT JUDGE